```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14532
   MELVIN CHAVERS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2134


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/06/2008 and was not confirmed.

     The case was dismissed without confirmation 06/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
CTA C & M FEDERAL CREDIT  SECURED VEHIC       .00           .00          .00
EMC MORTGAGE              CURRENT MORTG       .00           .00          .00
EMC MORTGAGE              MORTGAGE ARRE   55000.00          .00          .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED         .00          .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED         .00          .00
AT&T COLLEGE/UNIV SOLUTI  UNSECURED       NOT FILED         .00          .00
FIRST PREIMER BANK        UNSECURED       NOT FILED         .00          .00
RUSH UNIVERSITY MEDICAL   UNSECURED       NOT FILED         .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED        2238.25          .00          .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED         .00          .00
SHERMAN ACQUISITION LLC   UNSECURED       NOT FILED         .00          .00
UNIVERSITY PATHOLOGISTS   UNSECURED       NOT FILED         .00          .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                   --------------          --------------
TOTALS                  .00                    .00




            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 14532 MELVIN CHAVERS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE